THE PARAGON PLASTER COMPANY, Respondent, *v.* THE CRUCIBLE STEEL COMPANY OF AMERICA, Appellant.

*Paragon Plaster Co.* v. *Crucible Steel Co. of America*, 126 App. Div. 925, appeal dismissed.
(Submitted October 2, 1908; decided October 6, 1908.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 27, 1908, which reversed an order of Special Term granting an additional allowance.

*Charles W. Andrews* for appellant.

*F. T. Miller* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.